JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDOLYN SABIDO-EGGER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES POLICE DEPARTMENT, a public entity; CITY OF LOS ANGELES, a public entity; DANIEL TORRES, an individual; MICAELA FARIAS, an individual; ERICA GARRITO, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV15-04846 DDP (RAOx)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that Plaintiff recover nothing, that the action is dismissed on the merits, and that Defendants are entitled to recover their costs from Plaintiff.

Dated: October 5, 2016

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT JUDGE

1